## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITYNET, LLC**, on behalf )
of the United States of America, )
                                         )
       Plaintiff/Relator, )
                                         )     **Civil Action No.: 2-14-CV-15947**
v. )
                                         )     **Judge Copenhaver**
**FRONTIER WEST VIRGINIA INC.**, a )
West Virginia Corporation, **KENNETH** )
**ARNDT**, individually, **DANA WALDO**, )
individually, **MARK McKENZIE**, )
individually, **KELLY GOES**, individually, )
**JIMMY GIANATO**, individually, and )
**GALE GIVEN**, individually, )
                                         )
      Defendants.

## FRONTIER DEFENDANTS' MOTION TO DISMISS

Defendants Frontier West Virginia Inc. ("Frontier"), Kenneth Arndt, Dana Waldo, and

Mark McKenzie (together, "the Frontier Defendants"), by counsel, respectfully submit this

Motion to Dismiss Citynet LLC's ("Citynet") First Amended Qui Tam Complaint ("Amended

Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6).

As described in Frontier Defendants' Memorandum of Law in Support, filed

contemporaneously herewith and incorporated herein: two of relator Citynet's claims (Counts I

and V) are subject to dismissal under the False Claims Act's public disclosure bar; Counts I

through VIII should be dismissed for Citynet's failure to state a claim under the False Claims

Act; and Count IX should be dismissed for both failure to state a claim and for failure to plead

sufficient facts to satisfy the plausibility standard and Rule 9(b)'s particularity standard. Thus,

the Court should dismiss all counts pursuant to Rule 12(b)(6).

Accordingly, for the reasons set forth in the Memorandum in Support, the Frontier Defendants respectfully request that the Court grant this Motion and order that the Amended Complaint be dismissed.

Respectfully submitted,

DEFENDANTS FRONTIER WEST VIRGINIA INC., KENNETH ARNDT, DANA WALDO, and MARK McKENZIE

By counsel,

/s/ J. David Fenwick
J. David Fenwick (W. Va. Bar No. 6029)
Benjamin B. Ware (W. Va. Bar No. 10008)
Lucas R. White (W. Va. Bar No. 12501)
Goodwin & Goodwin, LLP
300 Summers Street, Ste. 1500
Charleston, WV 25301

Charles Wm. McIntyre (D.C. Bar No. 489302)
McGuireWoods LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
(202) 857-1700
cmcintyre@mcguirewoods.com
(*appearing pro hac vice*)

C. Simon Davidson (VSB No. 71993)
McGuireWoods LLP
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22902
(434) 977-2533
cdavidson@mcguirewoods.com
(*appearing pro hac vice*)

Jeremy S. Byrum (VSB No. 70864)
McGuireWoods LLP
800 E. Canal Street
Richmond, VA 23219
(804) 775-4305
jbyrum@mcguirewoods.com
(*appearing pro hac vice*)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CITYNET, LLC, on behalf )
of the United States of America, )
       )
       Plaintiff/Relator, )
       ) **Civil Action No.: 2-14-CV-15947**
v. )
       ) **Judge Copenhaver**
**FRONTIER WEST VIRGINIA INC.**, a )
West Virginia Corporation, **KENNETH** )
**ARNDT**, individually, **DANA WALDO**, )
individually, **MARK McKENZIE**, )
individually, **KELLY GOES**, individually, )
**JIMMY GIANATO**, individually, and )
**GALE GIVEN**, individually, )
       )
       Defendants.

## CERTIFICATE OF SERVICE

    I, J. David Fenwick, hereby certify that on the 23rd of August, 2016, I electronically filed the foregoing **Frontier Defendants' Motion to Dismiss** with the Clerk of the Court upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system, and/or (2) depositing true copies in the U.S. Mail, postage prepaid, addressed as follows:

Benjamin L. Bailey
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301-1386

Rebecca L. Donnellan-Pomeroy
BAILEY & GLASSER
P.O. Box 326
Bridgeport, WV 26330

Jennifer M. Mankins
U.S. ATTORNEY'S OFFICE
P.O. Box 1713
Charleston, WV 26326-1713

Augustine Martin Ripa
U.S. DEPT. JUSTICE, CIVIL DIVISION
Patrick Henry Bldg., Rm. 9209
601 D Street NW
Washington, DC 20004

Nicholas S. Preservati
SPILMAN, THOMAS, & BATTLE
P.O. Box 273
Charleston, WV 25321-0273

*Counsel for Plaintiff*

Charles D. Schmitz
U.S. DEPT. JUSTICE
P.O. Box 261, PHB-9220
Ben Franklin Station
Washington, DC 20044

Gary E. Pullin
Stephen M. Fowler
Geoffrey A. Cullop
Christopher C. Ross
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301

*Counsel for Kelly Goes, Jimmy Gianato, and Gale Given*

/s/ J. David Fenwick (WVSB #6029)