IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITYNET, LLC**, on behalf of the United States of America, | )<br>)<br>) |
| Plaintiff/Relator, | )<br>) |
| v. | ) Civil Action No.: 2:14-CV-15947<br>)<br>) |
| **FRONTIER WEST VIRGINIA INC.**, a West Virginia corporation, **KENNETH ARNDT**, individually, **DANA WALDO**, Individually, **MARK McKENZIE**, Individually, **JIMMY GIANATO**, individually, and **GALE GIVEN**, individually, | ) Judge: Copenhaver<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CITYNET, LLC'S RESPONSE TO THE STATE OF WEST VIRGINIA'S MOTION TO INTERVENE

The State of West Virginia has moved to intervene in this matter for the sole purpose of recouping the monetary payments it has already paid to the federal government based upon the allegations contained in Citynet LLC's First Amended Complaint. In essence, the State of West Virginia's position is that it should be allowed to recoup its payments in the event the Federal Government recovers a second time for the claims upon which it has already received payment from the State of West Virginia.

Citynet, LLC has no objection to the State of West Virginia's Motion to Intervene so long as two conditions are met: 1) the intervention does not interfere with or impede Citynet's ability to lead the prosecution of this case as Relator; and 2) the intervention does not affect Citynet's ability to fully recover any and all fees, costs or other amounts to which it is statutorily entitled should it prevail in this matter.

WHEREFORE, Citynet requests that this Court grant the State of West Virginia's Motion to Intervene with the requirement that said intervention does not impede or impair Citynet's ability to prosecute this matter or collect amounts to which is may be statutorily entitled.

**Respectfully submitted,**

**CITYNET, LLC**

*/s/ Rebecca Pomeroy*
Benjamin L. Bailey (WVSB #200)
Rebecca Pomeroy (WVSB #8800)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*

Nicholas S. Preservati (WVSB #8050)
Spilman, Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273
(304) 720-3437

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITYNET, LLC**, on behalf of the United States of America, ) ) ) | |
| Plaintiff/Relator, ) ) | |
| v. ) ) | **Civil Action No.: 2:14-CV-15947** |
| **FRONTIER WEST VIRGINIA INC.**, a West Virginia corporation, **KENNETH ARNDT**, individually, **DANA WALDO**, Individually, **MARK McKENZIE,** Individually, **JIMMY GIANATO**, individually, and **GALE GIVEN**, individually, ) ) ) ) ) ) ) ) ) | **Judge: Copenhaver** |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2019, I electronically filed the foregoing ***Citynet, LLC's Response to the State of West Virginia's Motion to Intervene*** using the Court's CM/ECF system, and/or via US Mail to be served upon the following:

J. David Fenwick
Benjamin B. Ware
Lucas R. White
Goodwin & Goodwin, LLP
300 Summers Street, Ste. 1500
Charleston, WV 25301
jdf@goodwingoodwin.com
bbw@goodwingoodwin.com
lrw@goodwingoodwin.com

Charles Wm. McIntyre (pro hac vice)
McGuire Woods LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
cmcintyre@mcguirewoods.com

Gary E. Pullin
Stephen M. Fowler
Geoffrey A. Cullop
Christopher S. Ross
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
gpullin@pffwv.com
sfowler@pffwv.com
gcullop@pffwv.com
cross@pffwv.com
*Counsel for Defendants Jimmy Gianto and Gale Given*

C. Simon Davidson (pro hac vice)
McGuire Woods LLP
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22902
cdavidson@mcguirewoods.com

Jeremy S. Byrum (pro hac vice)
McGuire Woods LLP
800 E. Canal Street
Richmond, VA 23219
jbyrum@mcguirewoods.com
*Counsel for Defendants Frontier Defendants*

Douglas P. Buffington II
Curtis R. A. Capehart
West Virginia Attorney General Office
State Capitol, Bldg 1, Rm E-26
1900 Kanawha Blvd. East
Charleston, WV 25305-0220
Doug.P.Buffington@wvago.gov
Curtis.R.A.Capehart@wvago.gov
*Counsel for State of West Virginia*

Augustine M. Ripa
U.S. Dept. Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Augustine.M.Ripa@usdoj.gov

Jennifer M. Mankins
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 26326-1713
jennifer.mankins@usdoj.gov
*Counsel for the United States of America*

/s/Rebecca Pomeroy
Rebecca Pomeroy (WVSB #8800)