IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CITYNET, LLC, on behalf of
the United States of America,

    Plaintiff/Relator,

v.                                                                Civil Action No. 2:14-15947
                                                              Judge John T. Copenhaver

FRONTIER WEST VIRGINIA INC.,
a West Virginia Corporation,
and KENNETH ARNDT, individually,
and DANA WALDO, individually,
and MARK McKENZIE, individually,
and JIMMY GIANATO, individually,
and GALE GIVEN, individually,

    Defendants.

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE
TO FILE SURREPLY TO THE STATE OF WEST VIRGINIA'S REPLY (ECF NO. 190)**

The United States respectfully requests leave of the Court to file the attached surreply in light of the State of West Virginia's Reply ("Reply") (ECF No. 190). The Reply clarifies several important aspects of the State's request in ways that are amenable to the United States. Accordingly, the United States seeks leave to file the attached surreply, which will promote judicial economy by narrowing the issues before the Court and obviating the need for the Court to consider certain legal issues presented in the briefing thus far.

Respectfully submitted,

**JOSEPH H. HUNT**
**Assistant Attorney General**

**MICHAEL B. STUART**
**United States Attorney**

**s/ Jennifer M. Mankins**
JENNIFER M. MANKINS (WV Bar No. 9959)
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV 25301
P: 304-345-2200
F: 304-347-5443
E: jennifer.mankins@usdoj.gov

ANDY J. MAO
PATRICIA L. HANOWER
AUGUSTINE M. RIPA
Civil Division, Fraud Section
Unites States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
P: 202-305-4033
E: augustine.m.ripa@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CITYNET, LLC, on behalf of
the United States of America,

    Plaintiff/Relator,

v.                                                        Civil Action No. 2:14-15947
                                                        Judge John T. Copenhaver

FRONTIER WEST VIRGINIA INC.,
a West Virginia Corporation,
and KENNETH ARNDT, individually,
and DANA WALDO, individually,
and MARK McKENZIE, individually,
and JIMMY GIANATO, individually,
and GALE GIVEN, individually,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 16, 2019, I electronically filed the foregoing ***United States of America's Motion for Leave to File Surreply to the State of West Virginia's Reply (ECF No. 190)*** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

        Benjamin L. Bailey
        Rebecca Pomeroy
        Bailey & Glasser, LLP
        209 Capitol Street
        Charleston, WV 25301-1386
        bbailey@baileyglasser.com
        bpomeroy@baileyglasser.com

        Nicholas S. Preservati
        Spilman, Thomas & Battle, PLLC
        P. O. Box 273
        Charleston, WV 25321-0273
        npreservati@spilmanlaw.com
        ***Counsel for Plaintiff/Relator Citynet, LLC***

J. David Fenwick
Benjamin B. Ware
Lucas R. White
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25328-2107
jdf@goodwingoodwin.com
bbw@goodwingoodwin.com
lrw@goodwingoodwin.com

Charles W. McIntyre , Jr.
Elizabeth A. Hutson
McGuire Woods LLP
2001 K Street NW, Suite 400
Washington, DC 20006-1040
cmcintyre@mcguirewoods.com
ehutson@mcguirewoods.com

C. Simon Davidson
McGuire Woods LLP
310 Fourth Street, NE, Suite 300
Charlottesville, VA 22902
cdavidson@mcguirewoods.com

Jeremy S. Byrum
McGuire Woods LLP
800 East Canal Street
Richmond, VA 23219
jbyrum@mcguirewoods.com
*Counsel for Defendants Frontier West Virginia Inc., Kenneth Arndt, Dana Waldo, and Mark McKenzie*


Gary E. Pullin
Stephen M. Fowler
Geoffrey A. Cullop
Christopher S. Ross
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
gpullin@pffwv.com
sfowler@pffwv.com
gcullop@pffwv.com
cross@pffwv.com
*Counsel for Defendants Jimmy Gianato and Gale Given*

    Douglas P. Buffington II
    Curtis R. A. Capehart
    West Virginia Attorney General Office
    State Capitol, Bldg. 1, Rm E-26
    1900 Kanawha Blvd. East
    Charleston, WV 25305-0220
    Doug.P.Buffington@wvago.gov
    Curtis.R.A.Capehart@wvago.gov
    *Counsel for State of West Virginia*


        **s/ Jennifer M. Mankins**
        JENNIFER M. MANKINS (WV Bar No. 9959)
        Assistant United States Attorney
        United States Attorney's Office
        300 Virginia Street East, Room 4000
        Charleston, WV  25301
        P: 304-345-2200
        F: 304-347-5443
        E: jennifer.mankins@usdoj.gov
        *Counsel for United States of America*