IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| CITYNET, LLC, on behalf of the United States of America, | ) ) ) |
| Plaintiff/Relator, | ) ) |
| v. | ) ) Civil Action No.: 2:14-CV-15947 |
| FRONTIER WEST VIRGINIA INC., et al. | ) ) Judge: Copenhaver ) |
| Defendants. | ) |

**FRONTIER WEST VIRGINIA INC.'S STATUS REPORT
CONCERNING BANKUPRTY PROCEEDING**

In accordance with the Court's July 24, 2020 Order, Defendant Frontier West Virginia Inc. respectfully submits this status report concerning the status of the bankruptcy proceeding initiated by Frontier Communications Corporation on April 14, 2020. *In re Frontier Communications Corporation, et al.*, Case No. 20-22476 (RDD) (Bankr. S.D.N.Y.). Frontier reports that, as of the date of this filing, the automatic stay remains in effect. Pursuant to the Court's order, Frontier will provide another status update on March 1, 2021 or immediately after any event that concludes the stay.

1

Dated: September 1, 2020

        Respectfully submitted,

        */s/ David Fenwick*
        J. David Fenwick (W. Va. Bar No. 6029)
        Benjamin B. Ware (W. Va. Bar No. 10008)
        Goodwin & Goodwin, LLP
        300 Summers Street, Ste. 1500
        Charleston, WV 25301

        Charles Wm. McIntyre (D.C. Bar No. 489302)
        McGuireWoods LLP
        2001 K Street, NW, Suite 400
        Washington, DC 20006
        (202) 857-1700
        cmcintyre@mcguirewoods.com
        (*appearing pro hac vice*)

        C. Simon Davidson (VSB No. 71993)
        McGuireWoods LLP
        652 Peter Jefferson Parkway, Suite 350
        Charlottesville, VA 22911
        (434) 977-2533
        cdavidson@mcguirewoods.com
        (*appearing pro hac vice*)

        Jeremy S. Byrum (VSB No. 70864)
        McGuireWoods LLP
        800 E. Canal Street
        Richmond, VA 23219
        (804) 775-4305
        jbyrum@mcguirewoods.com
        (*appearing pro hac vice*)

        *Counsel for the Frontier Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st of September, 2020, I electronically filed the foregoing with the Clerk of the Court upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system, and/or (2) depositing true copies in the U.S. Mail, postage prepaid, addressed as follows:

Benjamin L. Bailey
Rebecca L. Donnellan-Pomeroy
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301-1386

Nicholas S. Preservati
Spilman Thomas & Battle
P. O. Box 273
Charleston, WV 25321-0273

*Counsel for Citynet, LLC*

Gary E. Pullin
Stephen M. Fowler
Geoffrey A. Cullop
Christopher C. Ross
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301

*Counsel for Jimmy Gianato and Gale Given*

Jennifer M. Mankins
U.S. Attorneys' Office
P.O. Box 1713
Charleston, WV 26326-1713

Augustine Martin Ripa
U.S. Dept. Justice, Civil Division
Patrick Henry Bldg., Rm. 9209
601 D Street NW
Washington, DC 20004

*Counsel for the United States*

        /s/ David Fenwick
        J. David Fenwick (W. Va. Bar No. 6029)
        Goodwin & Goodwin, LLP
        300 Summers Street, Ste. 1500
        Charleston, WV  25301