## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| CITYNET, LLC, on behalf | ) | |
| of the United States of America, | ) | |
| | ) | |
| Plaintiff/Relator, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  2:14-CV-15947 |
| | ) | |
| FRONTIER WEST VIRGINIA INC., et al. | ) | Judge: Copenhaver |
| | ) | |
| Defendants. | ) | |

### FRONTIER WEST VIRGINIA INC.'S STATUS REPORT
### CONCERNING BANKRUPTCY PROCEEDING

In accordance with the Court's July 24, 2020 Order, Defendant Frontier West Virginia Inc. respectfully submits this status report concerning the status of the bankruptcy proceeding initiated by Frontier Communications Corporation on April 14, 2020.  *In re Frontier Communications Corporation, et al.*, Case No. 20-22476 (RDD) (Bankr. S.D.N.Y.).  Frontier reports that, as of the date of this filing, the automatic stay remains in effect.  Frontier has disclosed to the Bankruptcy Court its intention to emerge from bankruptcy by the end of March 2021.  Emergence is conditioned on satisfaction of various conditions precedent, including receipt of various federal and state-level regulatory approvals.  As of this writing, Frontier has secured 18 of the 19 regulatory approvals.  Pursuant to the Court's order, Frontier will provide another status update on September 1, 2021 or immediately after any event that concludes the stay.

Dated:  March 1, 2021

Respectfully submitted,

*/s/ David Fenwick*
J. David Fenwick (W. Va. Bar No. 6029)
Benjamin B. Ware (W. Va. Bar No. 10008)
Goodwin & Goodwin, LLP
300 Summers Street, Ste. 1500
Charleston, WV  25301

Charles Wm. McIntyre (D.C. Bar No.
489302)
McGuireWoods LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
(202) 857-1700
cmcintyre@mcguirewoods.com
 (*appearing pro hac vice*)

C. Simon Davidson (VSB No. 71993)
McGuireWoods LLP
652 Peter Jefferson Parkway, Suite 350
Charlottesville, VA 22911
(434) 977-2533
cdavidson@mcguirewoods.com
(*appearing pro hac vice*)

Jeremy S. Byrum (VSB No. 70864)
McGuireWoods LLP
800 E. Canal Street
Richmond, VA 23219
(804) 775-4305
jbyrum@mcguirewoods.com
(*appearing pro hac vice*)

*Counsel for the Frontier Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st of March, 2021, I electronically filed the foregoing with the Clerk of the Court upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system, and/or (2) depositing true copies in the U.S. Mail, postage prepaid, addressed as follows:

Benjamin L. Bailey
Rebecca L. Donnellan-Pomeroy
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301-1386

Nicholas S. Preservati
Spilman Thomas & Battle
P. O. Box 273
Charleston, WV 25321-0273

*Counsel for Citynet, LLC*

Gary E. Pullin
Stephen M. Fowler
Geoffrey A. Cullop
Christopher C. Ross
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301

*Counsel for Jimmy Gianato and Gale Given*

Jennifer M. Mankins
U.S. Attorneys' Office
P.O. Box 1713
Charleston, WV 26326-1713

Augustine Martin Ripa
U.S. Dept. Justice, Civil Division
Patrick Henry Bldg., Rm. 9209
601 D Street NW
Washington, DC 20004

*Counsel for the United States*

/s/ David Fenwick
J. David Fenwick (W. Va. Bar No. 6029)
Goodwin & Goodwin, LLP
300 Summers Street, Ste. 1500
Charleston, WV  25301