UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CITYNET, LLC, on behalf of
the United States of America,

       Plaintiff/Relator,

v.                       Civil Action No. 2:14-cv-15947

FRONTIER WEST VIRGINIA, INC.,
a West Virginia corporation;
KENNETH ARNDT, individually;
DANA WALDO, individually;
MARK MCKENZIE, individually;
JIMMY GIANATO, individually;
and GALE GIVEN, individually,

       Defendants.

<u>ORDER</u>

       Pending is plaintiff/relator Citynet, LLC's

("Citynet") motion for entry of amended scheduling order, filed

October 13, 2021.  ECF No. 202.  Defendant Frontier West

Virginia, Inc., filed its response October 19, 2021.  ECF No.

204.

       It is hereby ORDERED that Citynet's motion for entry

of an amended scheduling order be, and hereby is, granted to the

extent set forth below.  The schedule in the case shall proceed

as follows:

| Deadline | Date |
|---|---|
| Last date to serve discovery requests | 04/01/2022 |
| Last date to serve Rule 26(a)(2) disclosures | 04/01/2022 |
| Last date for Jimmy Gianato and Gale Given to file expert witness disclosures | 04/08/2022 |
| Last date for parties to serve rebuttal expert disclosures to any disclosure made by Jimmy Gianato or Gale Given | 05/12/2022 |
| Discovery to close | 05/26/2022 |
| Dispositive motions deadline | 06/15/2022 |
| Response to dispositive motion | 06/29/2022 |
| Reply to response to dispositive motion | 07/06/2022 |
| Last date to conduct mediation | 08/16/2022 |
| Motion in limine deadline | 08/23/2022 |
| Responses for motions in limine | 08/30/2022 |
| Proposed pretrial order to defendant | 08/22/2022 |
| Integrated pretrial order | 08/29/2022 |
| Pretrial conference | 09/09/2022 10:00 AM |
| Proposed jury charge | 09/27/2022 |
| Final settlement conference | 10/03/2022 10:00 AM |
| Trial | 10/04/2022  9:30 AM |

The Clerk is requested to transmit copies of this

order to all counsel of record and any unrepresented parties.

ENTER: October 21, 2021

John T. Copenhaver, Jr.
Senior United States District Judge