```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

CITYNET, LLC, on behalf of
the United States of America,

      Plaintiff/Relator,

v.　　　　　　　　　　　　　　Civil Action No. 2:14-cv-15947

FRONTIER WEST VIRGINIA, INC.,
a West Virginia corporation;
KENNETH ARNDT, individually;
DANA WALDO, individually;
MARK MCKENZIE, individually;
JIMMY GIANATO, individually;
and GALE GIVEN, individually,

      Defendants.

## ORDER

Pending is plaintiff/relator Citynet, LLC's ("Citynet") motion, filed May 19, 2022, for leave to file under seal. Citynet Mot. Seal, ECF No. 330.

In its motion, Citynet seeks to seal its objections to the magistrate judge's May 5, 2022, memorandum opinion and order (ECF No. 324), and exhibits A-N and P attached thereto. Citynet Mem. Supp. Seal, ECF No. 331. While Citynet suggests reasons why it believes sealing is necessary, Citynet also states that it "does not take a position on the propriety of sealing . . . because the Frontier Defendants bear the burden of establishing the privileged or protected nature of the allegedly protected information contained" within exhibits A-N and P. Id. at 2.

In the interests of justice and of advancing this matter, it is accordingly ORDERED that the documents at issue remain provisionally sealed.  The court DIRECTS Frontier to file a memorandum taking a position on the propriety of sealing and of any alternatives to sealing no later than May 27, 2022.

The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: May 20, 2022

John T. Copenhaver, Jr.
Senior United States District Judge