IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OFWEST VIRGINIA

**CITYNET, LLC**, on behalf
of the United States of America,

      Plaintiff/Relator,

v.

**FRONTIER WEST VIRGINIA, INC**., a
West Virginia corporation, **KENNETH
ARNDT**, individually, **DANA WALDO**,
individually, **MARK McKENZIE**,
individually, **JIMMY GIANATO**, individually, and
**GALE GIVEN**, individually,

      Defendants.

Civil Action No. 2:14-cv-15947
Judge John T. Copenhaver

### DEFENDANTS JIMMY GIANATO AND GALE GIVEN'S
### MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, Jimmy Gianato and Gale Given, by counsel, Stephen M. Fowler, Geoffrey A. Cullop, Omar D. Ahmad, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and pursuant to Rule 56 of Federal Rules of Civil Procedure move this Honorable Court to grant their Motion for Summary Judgment. In support of the same, these Defendants contemporaneously file their Memorandum of Law.

WHEREFORE, Plaintiff Relator failed to establish evidence to support the claims set forth in the Amended *Qui Tam* Complaint; and WHEREFORE there is no genuine issue of material fact for a jury to decide in this matter, the State Defendants, Jimmy Gianato and Gale Given respectfully move this Honorable Court for an Order that:

    1.     GRANTS their Motion for Summary Judgment;

    2.     DISMISSES the Amended *Qui Tam* Complaint, with prejudice; and

    3.     GRANTS further relief deemed just and proper.

1

**GALE GIVEN AND JIMMY GIANATO**

By Counsel,

*/s/ Geoffrey Cullop*
Stephen M. Fowler (WVSB #5113)
Geoffrey A. Cullop (WVSB #11508)
Omar D. Ahmad (WVSB #10804)

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
901 Quarrier St
Charleston, WV 25301
PH. (304) 344-0100; FAX (304) 342-1545

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OFWEST VIRGINIA

**CITYNET, LLC**, on behalf
of the United States of America,

      Plaintiff/Relator,

v.

                                Civil Action No. 2:14-cv-15947
                                Judge John T. Copenhaver

**FRONTIER WEST VIRGINIA, INC**., a
West Virginia corporation,  **KENNETH
ARNDT**, individually, **DANA WALDO**,
individually, **MARK McKENZIE**,
individually, **JIMMY GIANATO**, individually, and
**GALE GIVEN**, individually,

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, Jimmy Gianato and Gale Given, does hereby certify

on this 24th day of June 2022, that a true copy of the foregoing "**DEFENDANTS JIMMY**

**GIANATO AND GALE GIVEN'S MOTION FOR SUMMARY JUDGMENT**" was served

upon counsel of record by utilizing the CM/ECF filing system:

| *Counsel for Plaintiff, Citynet, LLC on behalf of the United States of America* | *Counsel for Defendants, Frontier West Virginia Inc., Kenneth Arndt, Dana Waldo and Mark McKenzie* |
|---|---|
| Benjamin L. Bailey (WVSB #200)<br>BAILEY & GLASSER<br>209 Capitol Street<br>Charleston, WV 25321-0273 | J. David Fenwick (WVSB #6029)<br>Benjamin B. Ware (WVSB #10008)<br>Lucas R. White (WVSB #12501)<br>GOODWIN & GOODWIN, LLP<br>300 Summers Street, Suite 1500<br>Charleston, WV 25301 |
| Rebecca L. Donnellan-Pomery (WVSB #8800)<br>BAILEY & GLASSER<br>P.O. Box 326<br>Bridgeport, WV 26330 | C. Simon Davidson<br>MCGUIRE WOODS<br>Suite 300<br>310 Fourth Street, NE<br>Charlottesville, VA 22902 |
| Nicholas S. Preservati (WVSB #8050)<br>SPILMAN, THOMAS & BATTLE<br>P.O. Box 273 | |

Charleston, WV 25321-0273

Charles W. McIntyre, Jr.
MCGUIRE WOODS
Suite 400
2001 K Street NW
Washington, DC 20006-1040

***Counsel for the United States of America***

Augustine Martin Ripa
UNITED STATES DEPARTMENT OF
JUSTICE
Civil Division
Patrick Henry Building, Room 9209
601 D Street NW
Washington, DC 20004

Charles D. Schmitz
U. S. DEPARTMENT OF JUSTICE
P. O. Box 261, PHB-9220
Ben Franklin Station
Washington, DC 20044

Jennifer M. Mankins
John Fulton Gianola
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 26326-1713

*/s/ Geoffrey Cullop*
Stephen M. Fowler (WVSB #5113)
Geoffrey A. Cullop (WVSB #11508)
Omar D. Ahmad (WVSB #10804)

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
901 Quarrier St
Charleston, WV 25301
PH. (304) 344-0100; FAX (304) 342-1545