IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITYNET, LLC**, on behalf
of the United States of America,

    Plaintiff/Relator,

v.                                                           Civil Action No. 2:14-cv-15947
                                                           Judge John T. Copenhaver

**FRONTIER WEST VIRGINIA, INC**., a
West Virginia corporation, **KENNETH
ARNDT**, individually, **DANA WALDO**,
individually, **MARK McKENZIE**,
individually, **JIMMY GIANATO**, individually, and
**GALE GIVEN**, individually,

    Defendants.

### STATE DEFENDANTS' AND CITYNET, LLC'S
### JOINT NOTICE OF SETTLEMENT

NOW COME Defendants, Jimmy Gianato and Gale Given, by counsel, and Plaintiff/Relator Citynet, LLC, by counsel, and jointly announce to the Court that these parties have reached an agreement between them that would fully settle all claims against Jimmy Gianato and Gale Given via compromise. This agreement still needs to be approved by the United States of America. As such, the parties cannot, at this time, submit an agreed order on the settlement and distribution and/or seek approval of the settlement. However, the parties are hopeful that such approval from the United States of America will be given and that remaining issues on this settlement can be resolved as early as the end of this week. Thereafter, the parties will notify the Court that there is an agreement on the settlement and disbursement of the proceeds, and they will file an appropriate motion seeking approval of the settlement and distribution of the same.

**CITYNET, LLC**
By Counsel,

*/s/ Rebecca Pomeroy*
Rebecca Pomeroy (WVSB #8800)
**BAILEY & GLASSE**R
P.O. Box 326
Bridgeport, WV 26330


**and**


**GALE GIVEN AND JIMMY GIANATO**
By Counsel,

*/s/ Geoffrey Cullop*
Geoffrey A. Cullop (WVSB #11508)
**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
901 Quarrier St
Charleston, WV 25301

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITYNET, LLC**, on behalf
of the United States of America,

    Plaintiff/Relator,

v.                                                                                    Civil Action No. 2:14-cv-15947
                                                                                      Judge John T. Copenhaver

**FRONTIER WEST VIRGINIA, INC**., a
West Virginia corporation,  **KENNETH ARNDT**, individually, **DANA WALDO**, individually, **MARK McKENZIE**, individually, **KELLY GOES**, individually, **JIMMY GIANATO**, individually, and **GALE GIVEN**, individually,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, Jimmy Gianato and Gale Given, does hereby certify on this 29th day of August, 2022, that a true copy of the foregoing "**STATE DEFENDANTS' AND CITYNET, LLC'S JOINT NOTICE OF SETTLEMENT**" was served upon counsel of record by utilizing the CM/ECF filing system.

    By Counsel,

*/s/ Geoffrey Cullop*
Stephen M. Fowler (WVSB #5113)
Geoffrey A. Cullop (WVSB #11508)
Omar D. Ahmad (WVSB #10804)

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
901 Quarrier St
Charleston, WV 25301
PH. (304) 344-0100; FAX (304) 342-1545