IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| CITYNET, LLC, on behalf of the United States of America, </br></br> Plaintiff/Relator, </br></br> v. </br></br> FRONTIER WEST VIRGINIA INC., et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:14-CV-15947 </br></br> Judge: Copenhaver |

**FRONTIER DEFENDANTS' PROPOSED VERDICT FORM**

The Frontier Defendants submit the following proposed verdict form.

Respectfully submitted,

**FRONTIER WEST VIRGINIA INC., KENNETH ARNDT, DANA WALDO, and MARK McKENZIE,**

By counsel,

*/s/ Richard D. Owen*
J. David Fenwick (W. Va. Bar No. 6029)
Richard D. Owen (W. Va. Bar No. 2794)
Lucas R. White (W. Va. Bar No. 12501)
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
(304) 346-7000
jdf@goodwingoodwin.com
rdo@goodwingoodwin.com
lrw@goodwingoodwin.com

Diane Sullivan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8897
diane.sullivan@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-8158
liz.ryan@weil.com

*Counsel for the Frontier Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| CITYNET, LLC, on behalf of the United States of America, | ) ) ) |
| Plaintiff/Relator, | ) ) |
| v. | ) ) Civil Action No.: 2:14-CV-15947 |
| FRONTIER WEST VIRGINIA INC., et al. | ) ) Judge: Copenhaver ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Richard D. Owen, hereby certify that I served a true and correct copy of the foregoing **Frontier Defendants' Proposed Verdict Form** upon all counsel of record on December 4, 2022, via email.

*/s/ Richard D. Owen*
Richard D. Owen (W. Va. Bar No. 2794)

2