IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| CITYNET, LLC, on behalf of the United States of America, | ) ) ) |
| Plaintiff/Relator, | ) ) |
| v. | ) ) ) | Civil Action No.: 2:14-CV-15947
| FRONTIER WEST VIRGINIA INC., et al., | ) ) ) | Judge: Copenhaver
| Defendants. | ) |

**FRONTIER DEFENDANTS' PROPOSED VERDICT FORM**

We, the Jury, unanimously find as follows:

1. Do you find by a preponderance of the evidence that Defendant Frontier Communications, Inc., knowingly made, used, or caused to be made or used false records or statements material to a false or fraudulent claim paid or approved by the United States Government?

    \_\_\_\_\_ Yes          _____ No

2. Do you find by a preponderance of the evidence that Defendant Mark McKenzie knowingly made, used, or caused to be made or used false records or statements material to a false or fraudulent claim paid or approved by the United States Government?

    \_\_\_\_\_ Yes          _____ No

3. Do you find by a preponderance of the evidence that Defendant Dana Waldo knowingly made, used, or caused to be made or used false records or statements material to a false or fraudulent claim paid or approved by the United States Government?

    \_\_\_\_\_ Yes          _____ No

4. If you answered YES to Question 1, how many false statements do you find by a preponderance of the evidence that Frontier made material to claims paid or approved by the United States Government?

   _____

5. If you answered YES to Question 1, what is the amount of money that the Government paid to Frontier on the false or fraudulent claim over and above what the Government would have paid had Frontier made truthful statements?

   $_____

   _____
   **Jury Foreperson**