## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CITYNET, LLC**, on behalf of the United States of America, | ) ) ) | |
| Plaintiff/Relator, | ) ) ) | **Civil Action No.: 2:14-CV-15947** |
| v. | ) ) | |
| **FRONTIER WEST VIRGINIA INC.**, a West Virginia corporation, **KENNETH ARNDT**, individually, **DANA WALDO**, Individually, **MARK McKENZIE,** Individually, **JIMMY GIANATO**, individually, and **GALE GIVEN**, individually, | ) ) ) ) ) ) ) ) ) | **Judge: Copenhaver** |
| Defendants. | ) | |

## **DISMISSAL ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and pursuant to the terms of the settlement agreement between Citynet and Jimmy Gianato and Gale Given (the "State Defendants"), the parties thereto have filed a Joint Notice of Settlement and Stipulation of Dismissal. Upon consideration of the Stipulation and the papers on file in this case:

1) The First Amended Complaint and the claims asserted therein against the State Defendants are dismissed with prejudice as to the conduct alleged in the this civil action; and

2) All other claims for attorney fees and costs against the State Defendants are likewise dismissed with prejudice.

IT IS SO ORDERED,

This ___ day of _____ 2023.

                                                                                                                                                                                                                                                                                                     _____
                                                            The Honorable John T. Copenhaver, Jr.

Agreed to by:

*/s/ Rebecca Pomeroy*
Benjamin L. Bailey (WVSB #200)        Nicholas S. Preservati (WVSB #8050)
Rebecca Pomeroy (WVSB #8800)        Preservati Law Offices PLLC
Christopher D. Smith (WVSB #13050)   P.O. Box 1431
Elizabeth L. Stryker (WVSB #13270)    Charleston, WV 25325
Bailey & Glasser LLP                            (304) 346-1431
209 Capitol Street                                (304) 346-1744
Charleston, WV 25301
(304) 345-6555
(304) 342-1110
bbailey@baileyglasser.com
bpomeroy@baileyglasser.com
csmith@baileyglasser.com
estryker@baileyglasser.com

*Counsel for Citynet, LLC*


*/s/ Geoffrey A. Cullop*
Stephen M. Fowler (WVSB #5113)
Geoffrey A. Cullop (WVSB#11508)
PULLIN, FOWLER, FLANAGAN,
BROWN, & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301

*Counsel for Jimmy Gianato and Gale Given*